IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, | : |
|       Plaintiff, | : Case No. 2:21-cv-02497-WB |
| v. | : |
| HOUSTON WIRE & CABLE COMPANY, G. GARY YETMAN, JAMES L. POKLUDA III, ROY W. HALEY, MARGARET S. LAIRD, WILLIAM H. SHEFFIELD, SANDFORD W. ROTHE, and DAVID NIERENBERG, | : |
|       Defendants. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 29, 2021

                                            **GRABAR LAW OFFICE**

                                            By: _/s/ Joshua H. Grabar_
                                                  Joshua H. Grabar (#82525)
                                                  One Liberty Place
                                                  1650 Market Street, Suite 3600
                                                  Philadelphia, PA 19103
                                                  (267) 507-6085
                                                  jgrabar@grabarlaw.com

                                                  *Counsel for Plaintiff*